HACKETTSTOWN EDUCATION ASSOCIATION v. HACKETTSTOWN BOARD OF EDUCATION.

March 16, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. SIDNEY CAPLAN.

March 16, 1982.

Petition for certification denied.

JACK TANCREL v. MAYOR AND COUNCIL, TOWN OF BLOOMFIELD.

March 16, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES REINOEHL.

March 16, 1982.

Petition for certification denied.